IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MICHAEL BOSBONIS,

    Plaintiff,

v.                                            Case No. 1:22-cv-00200-KG-KK

FAIRFIELD BY MARRIOTT, fka
FAIRFIELD INN & SUITES, and
MARRIOTT INTERNATIONAL INC.,
JOHN A. DOE, and JOHN B. DOE,

    Defendants.

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER having come before the Court on the Plaintiff's and Defendant's Joint Motion to Dismiss with Prejudice, the Court, having reviewed the Joint Motion and this Stipulated Order of Dismissal with Prejudice, and otherwise being fully advised in the premises, FINDS that the Joint Motion to Dismiss with Prejudice is well-taken and should be granted.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that Plaintiff's Complaint against Defendant, and all causes of action that were or that could have been brought therein, are hereby dismissed with prejudice.

It is additionally ORDERED that each party to the above-captioned lawsuit shall bear his/its own attorneys' fees and costs.

_____
UNITED STATES DISTRICT JUDGE

APPROVED BY:

PARNALL & ADAMS LAW, LLC

By_____
Jason Yamato
David M. Adams
Parnall & Adams Law, LLC
*Attorneys for Plaintiff*
2116 Vista Oeste NW, Suite #403
Albuquerque, NM  87120
(505) 600-1417
jason@parnalladams.com
david@parnalladams.com

and

CIVEROLO, GRALOW & HILL, P.A.


By: */s/*David M. Wesner         electronically approved 9/20/2022
Lisa Entress Pullen
David M. Wesner
*Attorneys for Defendant*
P.O. Box 93940
Albuquerque, NM 87199
(505) 842-8255
pullenL@civerolo.com
wesnerd@civerolo.com